IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL BARLOW,** | : | **CIVIL NO. 1:CV-12-1931** |
| **Plaintiff** | : | |
| | : | **(Judge Rambo)** |
| v. | : | |
| | : | **(Magistrate Judge Mannion[1])** |
| **STATE OF PENNSYLVANIA ACTORS,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## **M E M O R A N D U M**

Before the court is a report of the magistrate judge to whom this matter was referred in which he recommends that the civil rights action filed by Plaintiff Samuel Barlow be dismissed as barred by the applicable statute of limitations. Barlow has filed objections to the report and recommendation in which he disputes the running of the statute of limitations, claiming that the violations of his Eight and Thirteenth Amendment rights are ongoing violations.

A review of the objections to the report and recommendation reveal a more specific factual allegations. Barlow's complaint alleges violations based on improper state sentences, various transfers to prisons with improper housing, and improper classification. The last allegation occurred on November 28, 1974. The fact that Barlow claims he continues to suffer from actions prior to and up to 1974 does not toll the statute of limitations. There have been no continuing actions by Defendants. The proper focus in determining the applicable statute of limitations period is on the time of the discriminatory act, no the point at which the

---

[1]Since the filing of the report and recommendation, Magistrate Judge Mannion has been elevated to a United States District Judge for the Middle District of Pennsylvania.

consequences of the alleged act(s) become painful.  *Delaware State College v. Rick*, 449 U.S. 250, 258 (1980), *see also Marcum v. Harris,* 328 Fed. Appx. 792, 2009 U.S. App. LEXIS 7283.

       Barlow's claims are untimely.  An appropriate order will be issued.

                                                              s/Sylvia H. Rambo
                                                            United States District Judge

Dated:  February 8, 2013.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMUEL BARLOW,** | **CIVIL NO. 1:CV-12-1931** |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Mannion[2]) |
| **STATE OF PENNSYLVANIA ACTORS,** *et al.*, | |
| Defendants | |

# O R D E R

AND NOW, this 8th day of February, 2013, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of the magistrate judge.

2) Plaintiff is granted leave to proceed *in forma pauperis*.

3) The complaint is dismissed.

4) Any appeal from this order is deemed to be frivolous and not taken in good faith.

5) The clerk of court shall close the file.

                                                   s/Sylvia H. Rambo
                                                   United States District Judge

---

[2] Since the filing of the report and recommendation, Magistrate Judge Mannion has been elevated to a United States District Judge for the Middle District of Pennsylvania.